# Exhibit A

## Class Material

# INTERNALIZED

This type of oppression works within the groups who suffer the most from the mistreatment ...

Oppressed people internalize the *ideology* of inferiority

They see it reflected in the *institutions*

They experience disrespect *interpersonally* from members of the dominant group

And they eventually come to *internalize* the negative messages about themselves.

# INTERNALIZED PRIVILEGE

Internalized privilege includes acceptance of a belief in the inherent inferiority of the oppressed group as well and the inherent superiority or normalcy of one's own privileged group.

This creates an unearned sense of entitlement among the members of the privileged group, and can be expressed as a denial of the existence of oppression and as paternalism.

oogle.com/u/2/w/MTQvNDk0MDU5N:Y3/j/all ☆

# INSTITUTIONAL EXAMPLES

→ When a woman makes ⅔ of what a man makes at the same job...
   ◆ That's institutionalized sexism

→ When 1 out of every 4 black young men is currently in jail, on parole, or on probation...
   ◆ That's institutionalized racism

→ When psychiatric institutions and associations "diagnose" transgender people as having a mental disorder...
   ◆ That's institutionalized gender oppression and transphobia

View material

FIGURE 1

3

# INSTITUTIONAL

The idea that one group is "better" than another and has the right to control the other gets embedded in the institutions of the society --

the laws, the legal system and police practice, the education system and schools, hiring policies, public policies, housing development, media images, political power.

Does not have to be intentional!

If a policy unintentionally reinforces and creates new inequalities between privileged and non-privileged groups, IT IS STILL CONSIDERED INSTITUTIONAL OPPRESSION.

# INSTITUTIONAL EXAMPLES

4

# AIMS

➢ SWBAT define the Four "I"s of oppression

➢ SWBAT give examples for each of the Four "I"s

➢ SWBAT tell the difference between prejudice and racism

➢ SWBAT begin to unlearn what society has made them internalize

**IDEOLOGICAL**





**FIGURE 1**

## The gender wage gap is more significant for most women of color

Comparing 2018 median earnings of full-time, year-round workers by race/ethnicity and sex

Woman's median earnings

| | |
|---|---|
| White | $0.79 |
| Black | $0.62 |
| Hispanic or Latino | $0.54 |
| Asian | $0.90 |
| American Indian and Alaska Native | $0.57 |

White men $1.00

Notes: The gender wage gap is calculated by finding the ratio of women's and men's median earnings for full-time, year-round workers and then taking the difference. People who have identified their ethnicity as Hispanic or Latino may be of any race.

Sources: For all groups except American Indian and Alaska Native women, the Center for American Progress calculated the gender wage gap using data from U.S. Census Bureau, "Current Population Survey: FINC-05, Work Experience-People 15 Years Old and Over, by Total Money Earnings, Age, Race, Hispanic Origin, Sex, and Disability Status: 2018," available at https://www.census.gov/data/tables/time-series/demo/income-poverty/cps-pinc/pinc-05.html (last accessed March 2020). Specific tables used are on file with the author. CAP calculated the gender wage gap for American Indian and Alaska Native women using U.S. Census Bureau, "Table B20017C: American Indian and Alaska Native alone population, non-Hispanic or Latino population 16-years and over with earnings in the past 12 months, 2018 American Community Survey (ACS) 1-Year Estimates," available at https://www.census.gov/programs-surveys/acs/ (last accessed March 2020); U.S. Census Bureau, "Table B20017H: White alone, non-Hispanic or Latino population 16-years and over with earnings in the past 12 months, 2018 American Community Survey (ACS) 1-Year Estimates," available at https://www.census.gov/programs-surveys/acs/ (last accessed March 2020).

CAP

Page 11 / 22





















# IDEOLOGICAL

➢ At the core of <u>any</u> oppressive system there is the *idea* that one group is somehow <u>better</u> than another

➢ In order to <u>create</u> this hierarchy, there has to be a *measuring system* that labels what makes the one group inherently "better" than another

<u>Examples from our society:</u>

➔ **Dominant group characteristics**

- More intelligent, hard working, stronger, more capable, more noble, more deserving, more advanced, chosen, normal, superior, etc.
- This group holds these ideas about themselves

➔ **Submissive / oppressed group characteristics**

- Stupid, lazy, weak, incompetent, worthless, less deserving, backward, abnormal, inferior, etc.
- These ideas are pushed onto this group by the dominant group

Page 8 / 22   INSTITUTIONAL   +





**REVERSE RACISM IS NOT REAL!**

## SIDE-ISH NOTE ...

- Oppressive attitudes and behaviors are backed up by institutional arrangements
- Sure, people of color CAN have prejudices against white people
- **HOWEVER**
- These prejudices are severely punished
  - Police, courts, and or gangs of white people will come crashing down on those who were prejudice against white people
  - The reverse is not the same
- Therefore, the oppressed groups do not have the power to enforce prejudices, unlike the dominant group, who does have the power



Page 15 / 22

8

# REAL LIFE INTERPERSONAL OPPRESSION

→ Interpersonal racism is what white people do to people of color close up
  - The racist jokes
  - The stereotypes
  - The beatings and harassments
  - The threats, etc.

→ Interpersonal sexism is what men to do women
  - The sexual abuse and harassment
  - The violence directed at women
  - The belittling or ignoring of women's thinking
  - The sexist jokes, etc.





9



Calculated by the Prison Policy Initiative from U.S. Census 2010 Summary File 1. For the full data set and sourcing details, see www.prisonpolicy.org/data/race_ethnicity_gender_2010.xlsx

# INTERPERSONAL

The idea that one group is "better" than another and has the right to control the other, which gets structured into institutions, gives permission and reinforcement for individual members of the dominant group to personally disrespect or mistreat individuals in the oppressed group

*Some people in the dominant group are not consciously oppressive. Many have internalized the negative messages about other groups, and consider their attitudes towards the other group quite normal.*

Does that make it okay?

NO!

Page   13   /   22      —   🔍   +

8.26 Asynchronous – Research and Guiding      Due Aug 26  11:59 PM



# INDEPENDENT REFLECTION PART 2



Now that you have labeled and identified your identity, time to reflect:

➢ **Does that part of your identity have privilege or oppression attached to it?**

<u>Vocab Reminder</u>

★ Privilege: a special right, advantage, or immunity granted or available only to a particular person or group

★ Oppression: malicious or unjust treatment or exercise of power, often under the guise of governmental authority or cultural opprobrium (harsh criticism or censure)

U.S. incarceration rates by race and ethnicity, 2010

Number of people incarcerated per 100,000 people in each racial or ethnic category

| Asian | White (not Latinx) | Latinx | Native Hawaiian or Pacific Islander | American Indian or Alaska Native | Black |
|---|---|---|---|---|---|
| 115 | 450 | 831 | 1,017 | 1,291 | 2,306 |

Calculated by the Prison Policy Initiative from U.S. Census 2010 Summary File 1. For the full data set and sourcing details, see www.prisonpolicy.org/data/race_ethnicity_gender_2010.xlsx

PRISON POLICY INITIATIVE

# INTERSECTIONALITY

The interconnected nature of social categorizations such as race, class, and gender as they apply to a given individual or group, regarded as creating overlapping and interdependent systems of discrimination or disadvantage.

★ Kimberle Crenshaw

- o American lawyer
- o Civil Rights Activist
- o Leading scholar of critical race theory
- o Developed the theory of intersectionality



"THIS IDEA THAT **WE ALL HAVE THE SAME LIFE** IS FALSE. RACE, CLASS, GENDER COME TOGETHER TO SHAPE THE LIFE CHANCES OF PEOPLE IN **VERY DIFFERENT WAYS**." –Kimberlé Crenshaw

13

# TYPES OF INSTITUTIONS

- Family
  - First introductions
- Education - schools
  - Norms and values reinforced / taught
  - Rewards & punishments system
  - Opportunity gaps
- Religion - churches
  - Beliefs, taboos
  - Community watch
- Economic - work
  - Mores, folkways, wage gaps, opportunity gaps
- Governmental - political affiliations
  - Beliefs, reinforcement of norms nationwide



# WHY IS KNOWING YOUR IDENTITY IMPORTANT?

➢ Gives you a sense of who you are based on your group memberships
- Gives a sense of self
- Gives a sense of community
  - Safe place
  - Understanding
  - Positive atmosphere surrounding identity



➢ Empowerment
- Own who you are, every part
- Who you are gives you power, even when others try to take it away

➢ Gives you power against your oppressors
- Oppressors try to strip you of your identity and mold you in a way that will benefit them
- You hold on and remember who you are, you keep your power

➢ Understand your relationship to institutions and society in general

15

# WHY IS KNOWING YOUR IDENTITY IMPORTANT?

➢ Gives you a sense of who you are based on your group memberships
  ○ Gives a sense of self
  ○ Gives a sense of community
    ■ Safe place
    ■ Understanding
    ■ Positive atmosphere surrounding identity



➢ Empowerment
  ○ Own who you are, every part
  ○ Who you are gives you power, even when others try to take it away
➢ Gives you power against your oppressors
  ○ Oppressors try to strip you of your identity and mold you in a way that will benefit them
  ○ You hold on and remember who you are, you keep your power
➢ Understand your relationship to institutions and society in general

16

# Ms. Bass' Identities

- **Race / ethnicity / nationality:** White, Irish, American citizen
  - Privilege
- **Gender:** Female
  - Oppressive
- **Socioeconomic status:** Working class
  - Oppressive
- **Sexual Orientation:** Bisexual
  - Both Privilege and Oppressive
- **Disabilities:** Mental Health*
  - Both Privilege and Oppressive
- **Religion:** Agnostic
  - Oppressive
- **Age:** 22
  - Both Privilege and Oppressive
- **Language:** English
  - Privilege



17



**AIMS**

➢ SWBAT name and understand their identities

➢ SWBAT understand oppression versus privilege

➢ SWBAT understand the concept of intersectionality

18



19

≡  Sociology of Change (Hon) - 1 - (20-21)

 # 9.9 - Asynchronous Work                                                          ⋮

Kathryn Bass · Sep 8

20/20                                                                    Due Sep 10, 11:00 AM

---

1. Watch the video
2. Follow the directions on the accompanying document

*Late policy is enforced!
Email me with any and all questions :)

  **Symbols, Values & Norms: Cr...**
YouTube video   9 minutes



## COMMUNICATION NORMS AND EXPECTATIONS

**Phone, Email, and Text Windows**
Ms. Bass will be available via phone and email from 7:00 AM - 9:00 PM on weeknights. She will not be available on weekends (unless previously arranged privately). There will be a 24 hour turnaround period within which you can expect a response.
- Phone Number: (702) 673-2506
- Email: kathryn.bass@democracyprep.org

**Leaving Voicemails**
If you call and do not leave a voicemail, Ms. Bass WILL NOT return your phone call. You should leave a voicemail with your name, number, and a brief explanation as to why you are calling. If you have a question or concern, DO mention it in your message.

**Text Messaging**
You are welcome to text, but know that Ms. Bass expects professional language and punctuation in text messages. Be sure you identify yourself as well!

**Scheduling Meetings**
If you need to schedule a meeting with Ms. Bass, email her AT LEAST 48 hours in advance of your desired meeting time and day. Be sure to give her a day or two and several blocks of time that you are free so you could ensure your schedules match.

**Zoom Meetings**
Private Zoom Meetings can be arranged with Ms. Bass per scholar's request since face to face time will be limited in the beginning of the school year. Please do not hesitate to contact Ms. Bass to set up a meeting; she will create the Zoom Meeting, please see the 'Scheduling Meeting' format above.

**Needing Something From Any Adult In The Building**
At some time, you'll likely need some sort of resource or help from another adult at DPAC pertaining to your CTW project. If this is the case, you MUST think ahead and give them AT LEAST ONE WEEK in which to help you arrange what you need.

# BREAKOUT!

➢ You DO NOT have to share your identities!
  ○ Only share if you feel comfortable and safe enough to do so

➢ Discussion Questions
  ○ How did this activity make you feel?
  ○ Did you learn anything about yourself?
  ○ Were you surprised with the amount of privilege or oppression that you have attached to your identities?
  ○ Why do you think it is important to learn about your identities?
  ○ How can identities connect to social movements?

22

## VOCAB LAB

- ➢ Oppression: (n.) malicious or unjust treatment or exercise of power, often under the guise of governmental authority or cultural opprobrium (harsh criticism or censure)
- ➢ Identity (in social science terms): the qualities, beliefs, personality, looks and / or expressions that make a person or group
  - ○ A person's conception and expression of their individuality or group affiliations





# PRACTICE!

Which of the Four "I"s am I?

1. Stating "Girls are bad drivers" when Ms. Bass crashes her car
   a. Answer: Interpersonal
2. Mothers get more maternity leave than Dads get for paternity leave
   a. Answer: Institutional
3. The United States of America is more advanced and superior to any other country
   a. Answer: Ideological
4. Believing you are beneath someone else because of your identity
   a. Answer: Internalized

25

# KEY IDEAS TO NOTE

➢ Values = the norms of a culture, but they are more global and abstract than norms.
   ○ Norms are rules for behavior in specific situations, while values identify what should be judged as good or evil.
➢ American culture = conservative + liberal elements, scientific + religious competitiveness, political structures, risk taking + free expression, materialist + moral elements.
   ○ American culture has a variety of expressions due to its geographical scale and demographic diversity.
➢ *Since the late 1970's, the term "traditional values" has become synonymous with "family values" in the U.S., and implies a congruence with mainstream Christianity.
   ○ However "family values" is arguably a modern politicized subset of traditional values, which is a larger concept.

26

# CULTURE + VALUES = SOCIETY

➢ Culture - has values that are largely shared by their members
➢ Values - related to the norms of the culture, just more global and abstract than norms
   ○ Norms - rules for behavior in specific situations
   ○ Values identify what should be judged as good or evil



27

# Ms. Bass' Identities

- ➢ Race / ethnicity / nationality: White, Irish, American citizen
- ➢ Gender: Female
- ➢ Socioeconomic status: Working class
- ➢ Sexual Orientation: Bisexual
- ➢ Disabilities: Mental Health*
- ➢ Religion: Agnostic
- ➢ Age: 22
- ➢ Language: English



# DO NOW

## PRIVATE CHAT ME THE ANSWER TO THE FOLLOWING:

1. Which of the following is an example of *institutional* oppression?
   a. Stating "All men are trash" after your boyfriend / partner cheated on you
   b. The notion that men must show no emotion while women are too emotional
   c. I (Ms. Bass) think I shouldn't speak up because my male coworkers are smarter and will have better ideas - besides, they always talk over me when I try to share out, so my ideas must be dumb
   d. A white woman, a black man, and a hispanic woman all have the same job, but the black man is paid more than the women, and the white woman is paid more than the hispanic woman

29

 **Kathryn Bass**
Sep 8

⋮

Hello hello my wonderful social justice warriors!

Your Asynchronous work has been uploaded! See Week 4 for the assignment and instructions.

Reminder: your CTW Project Proposals are due in 13 days!!!! Less than 2 weeks away! You need to contact me if you are still struggling so we can brainstorm together.

Reach out if you need anything, see you all tomorrow in Town Hall :) have a great night!

# VOCAB LAB PART 2

➢ Institutionalism: is a general approach to governance and social science. It concentrates on institutions and studies them using inductive, historical, and comparative methods. ... Institutions have often been understood as formal organizations governed by written laws or rules.





# IDEOLOGY + OPPRESSION

➢ In order for ideology to work, there has to be a dominant group who then creates a submissive group
- ○ Dominant groups in American culture:
  - ■ White
  - ■ Male
  - ■ Middle / Upper class
  - ■ Heterosexual
  - ■ Protestant / Christian
- ○ Submissive groups in American culture:
  - ■ Everyone else
    - ● Known as marginalized groups (minorities)
  - ■ If you do not follow the status quo (norms) of the dominant group, there are consequences



# INDEPENDENT REFLECTION



➢ On the Google Doc write out your own individual identity
  - ○ Race / ethnicity / nationality:
  - ○ Gender:
  - ○ Socioeconomic status:
  - ○ Sexual orientation:
  - ○ Disabilities:
  - ○ Religion:
  - ○ Age:
  - ○ Language:
★ This list is private!
  - ○ Please be honest, no one else will see this

34

# WE HAVE A LOT OF UNLEARNING TO DO

In order to eliminate institutional and ideological oppressions, we must ...

- ❏ Undo and unlearn internalized beliefs, attitudes, + behaviors that stem from oppression
    - ❏ Build community among people in its group, support its leaders
    - ❏ Be proud of history / contributions / potential
    - ❏ Develop the strength to challenge patterns that hold said group back
    - ❏ Organize itself into an effective force for social change!!!



35

# INSTITUTIONS + OPPRESSION

- ➤ Family
  - ○ Reinforce racist / homophobic prejudices
- ➤ Education
  - ○ Money inequalities shine through - resources, opportunities
- ➤ Religion
  - ○ Homophobic prejudices - right versus wrong judgement
- ➤ Economic
  - ○ Wage gaps, amount of leave for birth of children, promotion opportunities, job availability
- ➤ Governmental
  - ○ Promote stereotypes + prejudices (normalize it)
    - ■ Laws, law enforcement, who runs this country



# INTERNALIZED EXPLAINED

This type of oppression works within the groups who suffer the most from the mistreatment ...

Oppressed people internalize the *ideology* of inferiority

They see it reflected in the *institutions*

They experience disrespect *interpersonally* from members of the dominant group

And they eventually come to *internalize* the negative messages about themselves.

## AIMS

➢ SWBAT gain a deeper understanding in regards to interpersonal & internalized oppressions

➢ SWBAT learn some tools / skills that will help them combat these injustices

➢ SWBAT connect the Four "I"s to themselves and the world in which they live in

# INTERNALIZED CONTINUED

➢ May be the hardest one to combat (depends on individual)
- ○ Can't escape yourself
- ○ "Your own worst enemy" / "You're your harshest critic"
- ○ Once you begin to believe the negative & invalid messages, they can be hard to erase



# ADVICE TO COMBAT YOUR INTERNALIZED VOICES

★ Challenge the thoughts! Fight back!
- I'm not good enough
  - I am enough, I am so enough, it is unbelievable how enough I am
  - I'm working on myself, and that journey is enough
- I'm not pretty / handsome / attractive
  - Who can measure beauty when not one individual is alike
- I am not smart enough
  - Education is a journey no one can measure properly
  - Did I try, am I still trying, am I more knowledgeable than I was the day before
- I'm not the right size, shape, color, race, age, religion, sexuality, etc.
  - I am me, and I am enough just the way I am
  - All of the above stated makes me who I am, so how can that be wrong

40

# INTERPERSONAL CONT.

➤ **When a group (intentionally or not) hurts another groups image or person**
- Hurtful jokes, comments, stereotypes
- Beatings and harassments
- Threats, belittlement, etc.

➤ **Hurtful to all parties involved**



- Generalizations & prejudices hurt <u>everyone</u>
- No one group is one thing - we are all unique & wonderful in our own ways
- Spreading hate and hurt is *corrosive* to you
  - Often is a reflection of how you feel on the inside & project it outward
  - This is why we must love & accept ourselves before we can love & accept others
- Spreading hate and hurt creates division
  - We are all humans trying to survive, we should be on the same team
  - Someone will always be hurting when there is division
    - Lose/Lose

42

# HOW CAN YOU RISE

★ The dominant groups win when you let them make you believe the ideology they created
  - ○ They hate to see you rise above it - that means they have lost
  - ○ Loving yourself & who you are is not a norm in this culture
    - ■ Perfectionism (Western ideal)
      - Can never be perfect, therefore you are never satisfied
      - Fuels competition & division instead of unity

★ There will always be individuals or things out there that will try to tear you down
  - ○ You must find a way to STAND BACK UP
  - ○ You must find a way to RISE
    - ■ "Survival is not an academic skill" - Audre Lorde

42

## INTERPERSONAL

The idea that one group is "better" than another and has the right to control the other, which gets structured into institutions, gives permission and reinforcement for individual members of the dominant group to personally disrespect or mistreat individuals in the oppressed group

*Some people in the dominant group are not consciously oppressive. Many have internalized the negative messages about other groups, and consider their attitudes towards the other group quite normal.*

Does that make it okay?

NO!

43

# VOCAB LAB PART 1

- ➢ Traditional: derived from tradition; communicated from ancestors to descendants by word only
- ➢ Liberal: open to political or social changes and reforms associated with either classical or modern liberalism
- ➢ Conservative: a person who favors maintenance of the status quo or reversion to some earlier status



44



# EXAMPLES OF U.S. VALUES AND NORMS

➢ Flying the national flag on a national holiday = norm
    ○ Reflects the value of patriotism



➢ Wearing all black and being solemn = normal behaviors at a funeral
    ○ Reflects the values of respect and support for friends and family



➢ The Statue of Liberty = symbolizes freedom
    ○ A fundamental American value



46

# HOW DO WE FIGHT BACK

★   Love & embrace YOU

★   Continue to unlearn & educate yourself



★   Use your voice & have conversations

★   Vote! & get involved

47