# Exhibit E
# 9/17/2020 Letter





**DEMOCRACY PREP AT THE AGASSI CAMPUS**
*Work Hard. Go to College. Change the World!*

September 18, 2020

Dear Ms. Clark,

Thank you for engaging with me during our conversation on Tuesday. Per our conversation, I am writing to provide a formal decision to your request to have William removed from the Sociology of Change course.

After reviewing all of the documents from Ms. Bass, the course syllabus, and hearing your concerns, I have determined that the Sociology of Change Course is still a valuable learning experience for William (and his classmates) and will continue to be a required course for his graduation from DPAC.

As noted in my follow-up to William, DPAC must be a safe, inclusive, and respectful environment for all scholars. We welcome civil academic and social discourse. Moreover, our scholars' ability to understand others' point of view and evolve their thinking is a critical skill to develop, and we hope that by scholars in the Sociology of Change course continuing to engage with one another on a variety of topics where scholars may have varying opinions, our scholars will be able to better engage in this discourse as they build coalitions in their communities.

At Democracy Prep our mission is to educate responsible citizen scholars for success in the college of their choice and a life of active citizenship. In short, we expect scholars to "Work Hard. Go to College. [And] Change the World!" In order to prepare scholars for those tasks, we need to provide experiences on campus that allow scholars to practice the necessary skills to achieve that lofty goal. The Change the World project is an opportunity for our seniors to demonstrate their mastery of the required skills of problem identification, solution design, coalition building, and project execution. The Sociology of Change course is intrinsic to their success in completing the project. In the class they are exposed to social change and social movement theory. Their analysis of social change movements and theory is integral to their growth and execution of their projects.

I continue to stand behind the Change the World Project and the associated Sociology of Change course. If you have questions about my decisions or want to further discuss how we can ensure we provide a safe and welcoming environment for William and his classmates, please do not hesitate to contact me.

Thank you,

*Adam Johnson*

Adam Johnson
Executive Director
Democracy Prep at the Agassi Campus