# Exhibit 1
# Letter

Gmail Christina Bentheim [redacted]

## URGENT - DPAC

**Christina Bentheim** <christina.[redacted] Thu, Feb 7, 2019 at 9:54 AM
To: rfeiden[redacted]
Bcc: [redacted]

Dear Ms. Feiden,

Thank you for the brief conversation this morning on campus. As current Principal of Democracy Prep at the Agassi Campus High School, I am writing to you under whistleblower statutes. There are a number of very serious red flags that have come to my attention during the last 8 months of my tenure at Democracy Prep Nevada, LLC that the Achievement School District and other concerned parties should be aware of to properly investigate. I realize my "outing" of these alleged improprieties seals my fate at Democracy Prep, and perhaps even in the state of Nevada. However, this is not about me - this is about children and what is being done to them, as well as how money is being severely mismanaged - and could be criminal in nature. I have documents to back up and support my claims that at least warrant further investigation. I would like to meet with you in person as soon as possible. Please know that some of this information just came to light with families this morning - and that they reported they are speaking with local news media today. Word is traveling quickly.

- Democracy Prep at the Agassi Campus is failing to fulfill the very mission of the organization - to get kids to and through college. To that end, it came to my attention on January 24, 2019 that Democracy Prep at the Agassi Campus is not accredited. As soon as I uncovered this information, I took it to executive director Adam Johnson. His initial response was not of a sense of urgency, but instead "I'll look into it." Understanding the severe consequences of this for scholars and their abilities to be eligible for college athletics (something very much of importance to the community in which I am privileged to serve), I pushed harder once there was minimal response. After almost 2 weeks of this information known to Adam, I decided to reach out to CMO leadership to inform them. I learned from General Counsel Kent Anker that Adam had just informed him of the potential issues on the evening of February 5, 2019. Anker shared he didn't have a full picture until reading my communications. This matter continues to go unresolved, and the longer we wait, the more potential damage there is to additional scholars. In fact, by OMITTING this information for families, we are, in fact, LYING to them. (Since I wrote this originally, the information is now out in our community. Just this morning, prior to your visit, the parent of Najeeb came in and said he was meeting with media this morning.)
- The finances are a mess in a variety of ways; organizational stability both at the local and national levels is in flux:
  - As of February 4, 2019, there is $315.00 left to spend on scholars at the high school. This is the first time I received any notification about the current status of any student-generated funds accounts. Budgets and money are kept tight to the vest, even for school leaders. This is a flag.
  - Due to severe financial austerity issues at the CMO that were just made internally public last week, DPPS is in a $4.6 mil shortfall **mid-year**. There are 7,000 students serviced by the network, equating the deficit to run roughly $65 per scholar. Compare this with one of CCSD's most recent deficits at the **end** of a fiscal year where there was a shortfall of about $215 per student.
  - Staff was informed of some of this information during a mandatory meeting on February 4, 2019 by executive director Adam Johnson. They were not, however, provided all of the information -

and were, in fact, asked to provide ideas on how to be fiscally conservative, as well as for potential fundraising contacts. We tout that we run our program on public dollars, yet we are resorting to private fundraising to stay afloat. When I asked why the memo from CEO Katie Duffy was not shared with staff as it was supposed to be, I was told he opted to deliver the information in person and to send a follow up FAQ document. While those steps did happen, all of the information in the memo was not shared, leaving out gaps. Additionally, the FAQ document had untruths. It said known vacancies for 19-20 are still being hired and contracted out despite the immediate hiring freeze. However, I was told by Adam Johnson that we cannot hire for those roles. Thus the teachers we have ready to accept employment (who are stellar educators), cannot actually get written job offers; we will lose them. This information came well after we were told we could begin hiring for 19-20. I'm troubled by the fact that a staff-facing FAQ document could have such an untruth in it. When I reached out to ask again that we hire staff as noted in the document, I received no response. I did learn from Adam that he was apparently not made aware of the amount of money we are in deficit for until the same day we received the email which is odd because CMO staff was notified via Google Hangout/in-person meeting with CEO Katie Duffy that previous Friday.

- Many CMO staff members with 3 - 10+ years of service were laid off at the CMO (roughly 10%).
- Since the start of the school year, I have lost staff members in the most critical instructional and support areas which has GREATLY HINDERED our ability to provide scholars with the elite education we proclaim. 9th and 10th grade scholars were hit especially the hardest in that they lost their Math, English, History, and Special Education teachers in addition to our assistant principal, instructional coach, LeaderU Fellow, and registrar. This is a total of 10 staff members cut (either for performance, pushed out, or for budget concerns under the guise of performance). Only two of those positions was hired back (instructional coach) - and four of them had to be layoffs done at the same time - yet teachers were told it was due to poor performance. The severe attrition of staff required a hard restart on December 4 where all classes and teaching loads were adjusted mid-year. Science teachers are teaching Math - areas they are not certified for nor are they comfortable with.
- During this same time last year, there were 25 more staff members at the high school. We are only down 51 kids from the target enrollment, and a variety of other positions at the K-12 level have not been hired back. This begs the question as to where the money is.
- Just in the past week, for a variety of reasons (including financial instability), we have lost our college and career counselor during the most critical time of the year, our last remaining special ed teacher is actively seeking another position, our operations manager has alluded to leaving after he uses his vacation days the next 3 weeks, our instructional coach is also leaving, as is our art teacher. This brings the total staff members reduced this year to 15. These reductions require that I go back into the classroom full time, leaving no one else but me as a school leader. This greatly reduces our ability to meet compliance and community needs, let alone create a stellar school performing well academically - and also one that retains kids. I have been very vocal with Adam Johnson and CMO leadership that we will continue to attrit kids and staff with these very public-facing concerns coming to light. The response was lukewarm, at best.
- We have a number of vendors who will no longer do business with us because we don't pay our bills in a timely manner. Ecotint, for example, is still owed more than $5000 for services rendered 5 months ago. WB Mason, our school supply distributor, will not allow us to place orders without pre-paying for them due to non payment. Our Amazon accounts and Apperson test scoring accounts have also been frozen, among others. There is only one transportation company in town that will work with us because we don't pay bills in a timely manner, or at all.

- Just a few weeks ago, one of my teacher's paychecks bounced. This is the 4th time it has happened to him; it has happened to others as well.
- Staff reimbursements take months. I am still waiting for about $1,000 in reimbursements from November, yet have been repeatedly promised that reimbursements should be done within 10 days. On average they take 3-6 months. I received one yesterday that I submitted in January for about $1,000. It is clear there is no organized process and system for handling reimbursements. When combined with the other financial issues, this is a huge red flag.
- As previously mentioned, only one transportation vendor will currently work with us. When their bus broke down, they had no spares so it was decided that it would be safe for kids to be transported to athletics games in Ubers on February 4, 2019. This presents a huge liability issue.
- On February 6, 2019, during a K-12 leadership team in which the middle, elementary, and high school principals were present in addition to Adam Johnson and our charter systems manager, Adam revealed that our budget concerns are because the CMO "didn't account for restricted funds." In other words, they commingled the monies and divided them into periodic drawdowns in a singular pot instead of looking at what revenue sources could be used for what. This is irresponsible and shows a complete lack of regard for how funding works in Nevada. It also suggests that monies did not stay in Nevada if they were commingled. During that same meeting, Adam Johnson also revealed that despite what previous news articles said, and what CEO Katie Duffy's official notice said, Democracy Prep did not / is not closing Democracy Prep Congress Heights (Washington DC) as reported earlier this year. I asked why the network said differently. He did not have a response. What he did say is that if anyone asks if any Democracy Prep schools are closing, we can say no. This is simply not true.

* The very basic requirements/necessities for running an efficient and safe school are repeatedly not met:
  - Wrong hard lockdown procedure for months despite my pushes to fix the errors back in July. The procedures on the wall actually placed scholars and staff in jeopardy. My pushes were met with lukewarm response.
  - When I raised concerns about the lack of clear fire drill procedures and expectations, a plan was developed by the Operations Team that resulted in scholars having to travel on the sidewalk along Lake Mead Blvd., which is an incredibly busy and dangerous route. I was met with some resistance when demanding that my scholars be allowed to exit through the center of the facility just as the other schools do. While that got resolved, it should not have been any type of argument. Kids should never be placed in danger.
  - There are multiple daily FERPA violations over our unsecured walkie-talkie channels where first and last names are used, as are medical conditions announced attached to names. I've presented, multiple times, a protocol for appropriate use of communications devices - and was told it would be put into place, but that has not happened and continues to be an area of liability.
  - I've discovered that scholars are missing cumulative folders and mandatory documents such as immunizations and even the most simple and basic registration forms. Our staff is so lean that we don't have the manpower to track those things down, which means there are kids in our building who we legitimately would not be able to prove that they belong to us or even have permission to be on our campus to attend school.
  - Attendance is inaccurately reported because multiple systems are used to track data for the CMO. I have repeatedly pushed that Infinite Campus should be our single tool for Attendance. In fact, it was a fight to get per-period attendance as required in the state of Nevada. The CMO insisted the first part of the year that we use only daily attendance. I pushed back because as the school leader, I need to know what scholars are physically in what location each period. It was eventually granted after having to involve our Data Team and General Counsel. It is

unknown if one system influences the other and inflates numbers; no good reason has been given for the redundancy in systems. Just recently there were 6 scholars who withdrew dating back to November who had not been removed from Infinite Campus. It gives me pause as to what is actually happening with enrollments - and if our records are in compliance with legal requirements being that we have no registrar, nor is anyone else trained on the high school campus to manage these systems.

  - Terminated staff is allowed back on campus to attend sporting events, which puts scholars in jeopardy for safety, as well as presents a conflict of interest as many of them now work at competing charters.
  - When two belligerent parents were threatening my teachers and leadership team, and were involving scholars in their conduct, I moved to trespass them from campus as is our right under NRS. However, I was told that we don't remove people from campus. Their abusive behavior continued for some time, but my hands were tied.
  - Until recently, there was no hired security for athletics events. We had some fights in stands and on field during football season and inadequate security support. I was repeatedly told it was due to budget. (They weren't budgeted so we couldn't hire them.) As I continued to push in this area, it wasn't until the January 24, 2019 game that security was actually hired to work the game. We do not, however, wand attendees as is custom in other schools. Our games are just as full, if not more so, than comprehensive high schools in the area with 90% more kids. These are huge safety concerns.
  - It wasn't until one of our students committed suicide for alleged bullying that we got online and training with SafeVoice. I had asked about it previously, knowing that it must be in place from my experiences in CCSD, but it wasn't a priority. Not until it was too late.
  - Two detectives came on campus to interview me about a former employee of mine in CCSD who was applying to be a police officer. I was told by Adam Johnson that if they have guns and badges, they can't be visible on campus and must be contained to the front conference room. In addition, when we had to call police on campus for abuse/neglect/student sexual conduct in a bathroom issues, I was told to ask police that they not park in front of our building. In other words, Adam and the CMO do not want a police presence on campus, regardless of if it is legitimate.
- Scholar recruiting season is upon us - and knowing of the admitted financial mismanagement and lack of financial oversight, organizational instability, and lack of ability to hire adequate staff, any recruitment efforts on the part of Democracy Prep are disingenuous and dishonest. In fact, the programming we are advertising is currently not able to be supported because we don't have the personnel on campus - yet this is what is being used to recruit families. I cannot, in good faith, convince families to stay any more, knowing what is happening behind the scenes - and that kids and staff are ultimately not physically safe nor financially secure - and that we are failing children by not handling our business on the accreditation / college athletics end. Kids are truly being harmed.
- Staff members have repeatedly communicated to me that at Democracy Prep they have to balance telling the truth with job security. I, now, see the same point for myself. This is deeply troubling - and unfortunately, Democracy Prep has failed to deliver on the promises they made to families. Nor are they in a position to deliver any time soon.

I encourage you, with a sense of utmost urgency, to fully investigate my claims. I would not put myself out here if I didn't believe there is a severe set of problems that must be brought to public light.

**Please communicate with me on my personal cell as I am not sure how much longer I will have access to my work phone. My number is** [redacted]

CHRISTINA BENTHEIM
Principal
**DEMOCRACY PREP AT THE AGASSI CAMPUS HIGH SCHOOL**
[redacted]

*Work Hard. Go to College. Change the World!*