**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com

Jonathan O'Brien, NYB No. 5043369
(Pending Admission Pro Hac Vice)
Law Office of Jonathan O'Brien
Telephone: (646) 308-1689
43 W. 43rd St, Suite 002
New York, NY 10036
Jobrien@burnsobrienlaw.com

*Attorneys for Plaintiffs William Clark and Gabrielle Clark*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK, individually and as parent and guardian of WILLIAM CLARK and WILLIAM CLARK, individually,<br><br>Plaintiffs<br><br>v.<br><br>STATE PUBLIC CHARTER SCHOOL AUTHORITY, DEMOCRACY PREP PUBLIC SCHOOLS, DEMOCRACY PREP PUBLIC SCHOOLS, INC., DEMOCRACY PREP at the AGASSI CAMPUS, DEMOCRACY PREP NEVADA LLC, SCHOOL BOARD of Democracy Prep at the Agassi Campus, NATASHA TRIVERS individually and in her official capacity as Superintendent and CEO, ADAM JOHNSON, individually and in his official capacity as Executive Director and Principal, KATHRYN BASS individually and in her capacity as Teacher, JOSEPH MORGAN, individually and in his official capacity as Board Chair, KIMBERLY WALL individually and in her capacity as assistant superintendent, and John & Jane Does 1-20<br>Defendants. | Case No. 2:20-cv-02324-RFB-VCF<br><br><br>**DECLARATION OF WILLIAM CLARK** |

# DECLARATION OF CHRISTINA BENTHEIM (SNYDER)

I, William Clark declares as follows:

1. I am 18 years of age and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am a senior at Democracy Prep at the Agassi Campus. Although I am young, I have been at Agassi Campus longer than any of the above defendants, and I am about to graduate hopefully. I am working on my college applications now.

3. I brought suit against my school and school officials whose names are listed in the above caption. I did not want to have to do this, but the defendants gave me and my mother no choice after they treated us the way they did. All we sought was a reasonable accommodation, an alternative, the opportunity to take a different class.

4. The "Sociology of Change" civics class I was required to attend was racist, manipulative and created racist and sexist hostility for no reason. It wasn't a survey of different sociology theories. It was officially endorsing only one kind of theory. The teacher kept telling us to reveal our racial, sexual, gender, religious identities and disabilities. These assignments were required and often graded.

5. The cartoons and slogans the teacher kept showing in the class were offensive and just plain stupid. I objected to one of them—the spongebob cartoon—and said that everybody can be racist, not just white people. The teacher shut down that dialogue. The material caused other students to get upset and belligerent. That's not their fault; it's the fault of the class material and programming which is racist, sexist and serves no legitimate educational purpose.

6. In mid November I sat in on a meeting with defendants. My mother was there and our counsel. Defendants had a lawyer as well. Defendants lied about the nature of the class. They said among other things that revealing identities was not required, but it was. I

learned at that meeting from them that other teachers and supervisors would listen in to the class like Big Brother. It was after that meeting with defendants that I became convinced that they were not acting in good faith, and did not have my or my mother's interests at heart. I actually fear what they will do next. They hired an international law firm in New York instead of just one close by in Nevada, so I expect them to be ruthless.

7. I should be able to take a different class and I believe the failing grade defendants gave me was punishment directed at myself and my mother. I shouldn't have to sit through puerile racism that pointlessly creates a hostile environment, not just for me but between other students, and between students and the teacher, all of which I saw happen. I also have a right *not* to say whether I am white or black. Why does it matter to them so much that they keep asking and then grade it? I feel the same way about gender, sexuality, religion and disabilities. This would be bad enough; but the labeling that would happen after we were ordered to write down or say our identities was just dumb bigotry. They also did not keep the information private we learned in the meeting. This wasn't teaching sociology; it was some combination of shaming and indoctrination that was graded. It went on beyond the first couple classes.

8. I read Christina Bentheim's and Nicole Tishkowitz' declarations attached to this motion for relief. Mrs. Tishkowitz was my teacher and Mrs. Bentheim my principal. Having my teachers step forward has been the most encouraging moment in this process, since for months it was just my Mother and I and the school was belittling us. Seeing my teachers come forward is fortifying for us both. DPAC is still understaffed and it's true that most of the more experienced teachers are no longer there.

9. The Complaint filed on December 22, 2020, which is also attached to this motion for relief, is a true and accurate description of the "Sociology of Change" class I attended and to the best of my knowledge accurately recounts what went on after I stopped going to the class on principle.

10. I am joining my mother in asking the court to order defendants to remove the failing grade they gave me, and to let me make up the credits with a different class or project. Ironically I have learned more about civics by suing defendants than I would have learned by remaining in the civics that defendants failed me for. I have no problem with the "Change the World" project in theory and am working on it now. I am a musician and my project is music related. I am applying to colleges now, and hope to study music more formally. This ordeal has effected my performance in other classes, but a college counselor is encouraging me to press on and keep hope, and that is what I will do.

11. Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 15th day of January, 2021.

*William Clark* (signature)
William Clark

**CERTIFICATE OF MAILING**

I hereby certify that on the 15th day of January, 2021, I served a copy of the foregoing **DECLARATION OF WILLIAM CLARK** upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

State Public Charter School Authority
2080 E. Flamingo Rd. Suite 230
Las Vegas, NV, 89119
Rebecca.feiden@spcsa.nv.gov
rherrick@spcsa.nv.gov
*Attorney for Defendant SPCSA*

Alan E. Schoenfeld | WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com
*Attorney for Democracy Prep Defendants*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

　　　　　　　　　　　　　　　　　　　　*/s/J. Case*
　　　　　　　　　　　　　　　　　　　　an employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16325-001 4254110_1 1/15/2021 4:10 PM