# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK and WILLIAM CLARK<br><br>Plaintiffs<br><br>v.<br><br>STATE PUBLIC CHARTER SCHOOL AUTHORITY, et al.,<br><br>Defendants | Case No.: 2:20-cv-02324-APG-VCF<br><br>**Order Denying Request for Emergency Treatment and Ordering Redaction of Private Information** |

Plaintiffs Gabrielle Clark and William Clark have moved for a temporary restraining order and preliminary injunction on an emergency basis. ECF Nos. 18, 19. However, the plaintiffs have not complied with Local Rule 7-4(a) for emergency motions. I therefore will not treat this motion on an emergency basis at this time.

Additionally, exhibit 10 attached to the declaration of Christina Bentheim has unredacted private information about a student, including the student's identification number and date of birth. ECF No. 20-10. I therefore direct the clerk of court to seal ECF No. 20-10, and I direct the plaintiffs to file a properly redacted, publicly accessible version of ECF No. 20-10 by January 25, 2021.

I THEREFORE ORDER that the plaintiffs' motions for a temporary restraining order and a preliminary injunction will not be heard on an emergency basis at this time.

I FURTHER ORDER the clerk of court to seal ECF No. 20-10.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that, by January 25, 2021, the plaintiffs shall file a redacted, publicly accessible version of ECF No. 20-10 that redacts all private information, including the student identification number and date of birth.

DATED this 19th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE