1 | MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
2 | KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
3 | **GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
4 | Las Vegas, NV 89135
Telephone: (702) 792-3773
5 | Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
6 | hendricksk@gtlaw.com

7 | *Attorneys for Defendants Democracy Prep Public*
*Schools, Democracy Prep Public Schools, Inc.,*
8 | *Democracy Prep at the Agassi Campus, Democracy*
*Prep Nevada LLC, School Board of Democracy Prep at*
9 | *the Agassi Campus, Natasha Trivers, Adam Johnson,*
*Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall*

10

11 | **UNITED STATES DISTRICT COURT**

12 | **DISTRICT OF NEVADA**

13

14 | GABRIELLE CLARK, individually and as parent
and guardian of WILLIAM CLARK, and
15 | WILLIAM CLARK, individually,

CASE NO.:  2:20-cv-02324-APG-VCF

Plaintiffs,
16

17 | vs.

**STIPULATION TO EXTEND TIME TO**
18 | STATE PUBLIC CHARTER SCHOOL **RESPOND TO PLAINTIFFS' EMERGENCY**
AUTHORITY, DEMOCRACY PREP PUBLIC **MOTION FOR PRELIMINARY**
SCHOOLS, DEMOCRACY PREP PUBLIC **INJUNCTION AND APPLICATION FOR**
19 | SCHOOLS, INC., DEMOCRACY PREP at the **TEMPORARY RESTRAINING ORDER**
AGASSI CAMPUS, DEMOCRACY PREP
20 | NEVADA LLC, SCHOOL BOARD of **[First Request]**
Democracy Prep at the Agassi Campus,
21 | NATASHA TRIVERS, individually and in her
official capacity as Superintendent and CEO,
22 | ADAM JOHNSON, individually and in his
official capacity as Executive Director and
23 | Principal, KATHRYN BASS, individually and in
her capacity as Teacher, JOSEPH MORGAN,
24 | individually and in his official capacity as Board
Chair, KIMBERLY WALL, individually and in
25 | her capacity as assistant superintendent, and John
& Jane Does 1-20,
26

27 | Defendants.

28

*Attorneys column left margin:* GREENBERG TRAURIG, LLP / 10845 Griffith Peak Drive, Suite 600 / Las Vegas, Nevada 89135 / Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

*ActiveUS 185044186v.1*

Plaintiffs Gabrielle Clark and William Clark (collectively, "Plaintiffs") and Defendants Natasha Trivers, Democracy Prep Public Schools, Democracy Prep Public Schools, Inc., Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, the School Board of Democracy Prep at the Agassi Campus, Kimberly Wall, Joseph Morgan, PhD, Adam Johnson, and Kathryn Bass (collectively, "Moving Defendants"), by and through their respective counsel, hereby stipulate to the following briefing schedule in relation to Plaintiffs' Emergency Motion for Preliminary Injunction and Application for Temporary Restraining Order (the "Motion") (Dkt. 19) which provides Moving Defendants up to and including February 8, 2021 to file a Response.

WHEREAS, Plaintiffs filed the Emergency Motion on January 15, 2021 and met and conferred with Moving Defendants at length on January 18, 2021;

WHEREAS, the Court denied Plaintiffs' Request for Emergency Treatment of the Motion on January 19, 2021 (Dkt. 27);

WHEREAS, Moving Defendants accepted service of the Complaint on January 11, 2021;

WHEREAS, counsel for Plaintiffs and counsel for Moving Defendants have been in communication regarding the time for Moving Defendants to respond to the Motion;

WHEREAS, Moving Defendants have requested additional time to review and evaluate the Motion and have requested up to and including February 8, 2021 to do so;

WHEREAS, the deadlines set forth above will not affect any other deadlines before the Court and no party will be prejudiced by the same;

WHEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and counsel for Moving Defendants that:

Moving Defendants' deadline to respond to the Motion is extended up to and including February 8, 2021; and,

/ / /

/ / /

/ / /

/ / /

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2

1    This stipulation is made in good faith to allow Moving Defendants time to evaluate the claims

2    asserted and is not for the purpose of causing any undue delay.

3    **IT IS SO STIPULATED.**

4    DATED this 29th day of January, 2021.          DATED this 29th day of January, 2021.

5    **GREENBERG TRAURIG, LLP**                     **MARQUIS AURBACH COFFING**

6

7    _____/s/ Kara B. Hendricks_____              _____/s/ Brian R. Hardy_____

8    MARK E. FERRARIO, ESQ.                         BRIAN R. HARDY, ESQ.
     Nevada Bar No. 1625                            Nevada Bar No. 10068

9    KARA B. HENDRICKS, ESQ.                        10001 Park Run Drive
     Nevada Bar No. 7743                            Las Vegas, Nevada 89145

10   10845 Griffith Peak Drive, Suite 600
     Las Vegas, Nevada 89135                        JONATHAN O'BRIEN, ESQ.

11                                                  NYB No. 5043369
     *Attorneys for Defendants Democracy Prep Public*   (Pending Admission *Pro Hac Vice*)

12   *Schools, Democracy Prep Public Schools, Inc.,*    LAW OFFICE OF JONATHAN O'BRIEN
     *Democracy Prep at the Agassi Campus,*             43 West 43rd Street, Suite 002

13   *Democracy Prep Nevada LLC, School Board of*       New York, New York 10036
     *Democracy Prep at the Agassi Campus, Natasha*

14   *Trivers, Adam Johnson, Kathryn Bass, Joseph*      *Attorneys for Plaintiffs*
     *Morgan, PhD, and Kimberly Wall*

15

16

17                              **ORDER**

18        In consideration of the stipulation by the parties, and with cause appearing,

19        IT IS HEREBY ORDERED that Defendants Natasha Trivers, Democracy Prep Public Schools,

20   Democracy Prep Public Schools, Inc., Democracy Prep at the Agassi Campus, Democracy Prep Nevada

21   LLC, the School Board of Democracy Prep at the Agassi Campus, Kimberly Wall, Joseph Morgan,

22   PhD, Adam Johnson, and Kathryn Bass have up to and including February 8, 2021 to respond to the

23   Motion.

24        DATED this __29th__ day of January, 2021.

25

26                                        _____

27                                        UNITED STATES DISTRICT COURT JUDGE

28

ActiveUS 185044186v.1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002