MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       hendricksk@gtlaw.com

*Attorneys for Defendants Democracy Prep Public Schools, Democracy Prep Public Schools, Inc, Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK, individually and as parent and guardian of WILLIAM CLARK, and WILLIAM CLARK, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE PUBLIC CHARTER SCHOOL AUTHORITY, DEMOCRACY PREP PUBLIC SCHOOLS, DEMOCRACY PREP PUBLIC SCHOOLS, INC., DEMOCRACY PREP at the AGASSI CAMPUS, DEMOCRACY PREP NEVADA LLC, SCHOOL BOARD of Democracy Prep at the Agassi Campus, NATASHA TRIVERS, individually and in her official capacity as Superintendent and CEO, ADAM JOHNSON, individually and in his official capacity as Executive Director and Principal, KATHRYN BASS, individually and in her capacity as Teacher, JOSEPH MORGAN, individually and in his official capacity as Board Chair, KIMBERLY WALL, individually and in her capacity as assistant superintendent, and John & Jane Does 1-20,<br><br>Defendants. | CASE NO.: 2:20-cv-02324-APG-VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

1

ActiveUS 185044186v.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel of record for Defendants Democracy Prep Public Schools, Democracy Prep Public Schools, Inc, Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall, certifies that the following have direct, pecuniary interest in the outcome of this case:

1. Democracy Prep Public Schools, Inc ("DPPS") is a New York, not-for-profit corporation. This entity has no parent corporation or any publicly held corporation owning 10% or more of its stock. (Defendants are not aware of and/or affiliated with the entity identified in the caption as Democracy Prep Public Schools and believe this entity was named in error.)

2. Democracy Prep at the Agassi Campus ("DPAC") is a Nevada not-for-profit corporation with its principal place of business in Clark County, Nevada. This entity has no parent corporation or any publicly held corporation owning 10% or more of its stock.

3. Democracy Prep Nevada LLC ("DPN") is a Nevada not-for-profit limited liability company with its principal place of business in Clark County, Nevada. DPN is a single member LLC and DPPS is its sole managing member.

4. To the best of the knowledge of the undersigned, there are no known interested parties other than those identified in the caption of the case.

5. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ActiveUS 185044186v.1

6. Should an additional party or parties become known to have an interest in the outcome of this case, and come to the attention of the undersigned counsel, prompt notification to the Court will follow.

DATED this 8th day of February, 2021.

**GREENBERG TRAURIG, LLP**

　　/s/ Kara B. Hendricks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendants Democracy Prep Public Schools, Democracy Prep Public Schools, Inc, Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall*

3

ActiveUS 185044186v.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2021, a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                            */s/ Andrea Flintz*
                                        an employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ActiveUS 185044186v.1