# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK and WILLIAM CLARK<br><br>Plaintiffs<br><br>v.<br><br>STATE PUBLIC CHARTER SCHOOL AUTHORITY, et al.,<br><br>Defendants | Case No.: 2:20-cv-02324-APG-VCF<br><br>**Order Granting Motion to Seal**<br><br>[ECF No. 48] |

The defendants move to seal portions of their response to the pending motion for injunctive relief, the declaration of Adam Johnson in support of the response, and an exhibit to that declaration. ECF No. 48. Each of those documents contains confidential and sensitive personal information about a student. The defendants filed the entire response, declaration, and exhibits under seal at ECF Nos. 49 and 51. They also filed unsealed versions of those documents, redacting the confidential information, at ECF Nos. 44, 45, and 46. The defendants' request to seal this information satisfies the factors set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

I THEREFORE GRANT the defendants' motion to seal (ECF No. 48). The documents filed at court docket numbers 49 and 51 shall remain sealed.

DATED this 9th day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE