UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE PUBLIC CHARTER SCHOOL AUTHORITY, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-02324-APG-VCF<br><br>**Order** |

The Court hereby **SETS** a telephonic conference for 8:45 a.m. on March 3, 2021. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

The purpose of this conference is to schedule an expedited settlement conference. <u>Counsel must be prepared at the conference with the schedules for all litigants so that a firm settlement conference date and time can be set.</u>

IT IS SO ORDERED.

Dated: March 2, 2021

_____
Nancy J. Koppe
United States Magistrate Judge