# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GABRIELLE CLARK, et al.,

    Plaintiff(s),

v.

STATE PUBLIC CHARTER SCHOOL AUTHORITY, et al.,

    Defendant(s).

Case No.: 2:20-cv-02324-APG-VCF

**Order**

This case was set for a continued settlement conference to take place at 10:30 a.m. on March 17, 2021. Docket No. 72. Plaintiffs did not appear for the settlement conference, apparently on the advice of attorney Jonathan O'Brien. Attorneys must comply with the Court's orders. *Chapman v. Pac. Tel. & Tel. Co.*, 613 F.2d 193, 197 (9th Cir. 1979). The method for seeking relief from an order is to file a proper request for that relief on the docket. *See, e.g.*, Local Rule 7-2(a). The Court hereby **CAUTIONS** Mr. O'Brien that he must strictly comply with all orders moving forward unless a proper request is filed on the docket and is granted by the Court.[1]

The settlement conference has now ended. The Clerk's Office is **INSTRUCTED** to remove the undersigned from the docket as the settlement judge.

IT IS SO ORDERED.

Dated: March 17, 2021

                                                             _____

                                                             Nancy J. Koppe
                                                             United States Magistrate Judge

---

[1] A separate order to show cause will not issue on this matter.

1