MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Tel:     (702) 792-3773
Fax:    (702) 792-9002
Email: ferrariom@gtlaw.com
         hendricksk@gtlaw.com

DEBO P. ADEGBILE, ESQ.
(*Admitted Pro Hac Vice*)
CHRISTOPHER SCOTT MCABEE, ESQ.
(*Admitted Pro Hac Vice*)
ALAN E. SCHOENFELD, ESQ.
(*Admitted Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel:     (212) 295-6717
Fax:    (212) 230-8888
Email: debo.adegbile@wilmerhale.com
         Scott.McAbee@wilmerhale.com

*Attorneys for Defendants Democracy Prep Public Schools,
Democracy Prep Public Schools, Inc., Democracy Prep at
the Agassi Campus, Democracy Prep Nevada LLC, School
Board of Democracy Prep at the Agassi Campus, Natasha
Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan,
PhD, and Kimberly Wall*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK, individually and as parent and guardian of WILLIAM CLARK, and WILLIAM CLARK, individually, | CASE NO.: 2:20-cv-02324-APG-VCF |
| Plaintiffs, | |
| vs. | **DEFENDANTS' MOTION TO SEAL EXHIBIT IN SUPPORT OF NOTICE OF INTERVENING DEVELOPMENT REGARDING PRELIMINARY INJUNCTION HEARING AND FOR APPROVAL OF LIMITED REDACTIONS** |
| STATE PUBLIC CHARTER SCHOOL AUTHORITY, DEMOCRACY PREP PUBLIC SCHOOLS, DEMOCRACY PREP PUBLIC SCHOOLS, INC., DEMOCRACY PREP at the AGASSI CAMPUS, DEMOCRACY PREP NEVADA LLC, SCHOOL BOARD of Democracy Prep at the Agassi Campus, NATASHA TRIVERS, | |

1  individually and in her official capacity as
   Superintendent and CEO, ADAM JOHNSON,
2  individually and in his official capacity as Executive
   Director and Principal, KATHRYN BASS,
3  individually and in her capacity as Teacher,
   JOSEPH MORGAN, individually and in his official
4  capacity as Board Chair, KIMBERLY WALL,
   individually and in her capacity as assistant
5  superintendent, and John & Jane Does 1-20,

6                                   Defendants.

7

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

8        Defendants Democracy Prep Public Schools, Democracy Prep Public Schools, Inc., Democracy

9  Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi

10 Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall (the

11 "Defendants"), by and through their undersigned counsel of record, GREENBERG TRAURIG, LLP, and

12 WILMER CUTLER PICKERING HALE AND DORR LLP, hereby submit this Motion to Seal Exhibit

13 A to the April 9, 2021 Notice of Intervening Development Regarding Preliminary Injunction Hearing

14 ("Notice"), and to redact corresponding portions of the Notice.

15        This Motion is based upon the pleadings on file herein, the attached memorandum of points and

16 authorities, and any oral argument the Court may permit at the hearing of this matter.

17                                   **BACKGROUND**

18        This case was brought on behalf of William Clark and his mother, Gabrielle Clark, and concerns

19 the curriculum taught at Democracy Prep at the Agassi Campus.  On January 15, 2021, Plaintiffs filed a

20 Motion for Preliminary Injunction and Temporary Restraining Order.  On February 25, 2021, the Court

21 denied the Temporary Restraining Order.  [ECF No. 61]  A hearing on Plaintiffs' remaining application

22 for a Preliminary Injunction is scheduled before this Court on April 14, 2021, at 9:00 a.m. by

23 videoconference.  [ECF No. 71]

24        Defendants write to notify the Court that they have provided Plaintiff William Clark with the

25 injunctive relief he seeks.  As part of that Notice of Intervening Development Regarding Preliminary

26 Injunction Hearing ("Notice"), Defendants now include the letter addressed to William Clark

27 documenting this relief, which has been included as Exhibit A to the Notice and contains private student

28 information throughout.   Private student information from that letter is also referenced in the

                                         2

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1    corresponding Notice.  Consequently, Defendants are seeking to file Exhibit A to the Notice under seal,

2    and to redact the references to that private information from the Notice itself.

3                              **MEMORANDUM OF POINTS AND AUTHORITIES**

4              While courts recognize a general right to "inspect and copy public records and documents,

5    including judicial records and documents," access to judicial records is not absolute.  *Nixon v. Warner*

6    *Communs., Inc.*, 435 U.S. 589, 597 n.7 (1978).  "[T]he court may order that a filing be made under seal

7    without redaction."  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

8    If the motion is dispositive, the movant seeking to seal documents must show "compelling reasons" for

9    sealing judicial records.  *Id.* at 1179-80.  If the motion is non-dispositive, the moving party must only

10   have "good cause" for sealing judicial records.  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d

11   1092, 1097 (9th Cir. 2016).  Even "routine" motions can be treated as dispositive if they are "more than

12   tangentially related to the merits" of the underlying cause of action.  *Id.* 1097-1100; *Gable v. Washington*

13   *Corr. Ctr. for Women*, 2018 WL 5295809, at *3 (W.D. Wash. Oct. 25, 2018).

14             Here, preserving the privacy of student information constitutes both "good cause" and a

15   "compelling reason" to file the exhibit under seal and redact the information from the Notice itself.  *See*

16   *Kamakana*, 447 F.3d at 1178.  And under the Family Educational Rights and Privacy Act, student

17   educational records constitute confidential and private material.  12 U.S.C. § 1232(g).

18             Moreover, redaction and filing under seal is appropriate because the documents contain

19   confidential and sensitive personal information regarding a student.  The entirety of Exhibit A to the

20   Notice documents Democracy Prep's academic record for a student, and the Notice references that

21   record.  This Court has twice found that similar student information should be filed under seal and

22   redacted from the corresponding filing: when it was included in Exhibit 10 attached to the declaration

23   of Christina Bentheim filed in concert with the Plaintiffs' Motion for Preliminary Injunction and

24   Temporary Restraining Order; and when it was included in Exhibit J attached to the declaration of Adam

25   Johnson filed in concert with Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary

26   Injunction and Temporary Restraining Order.  ECF Nos. 27 & 52.  Sealing the exhibit and redacting that

27   information thus fulfills a compelling or important privacy interest that outweighs the public interest in

28   access to the court record.

                                                    3

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9902

1   **CONCLUSION**

2       For the above reasons, Defendants submit Exhibit A to the Notice of Intervening Development

3   Regarding Preliminary Injunction Hearing under seal, and redact corresponding information from the

4   Notice itself, and request that the motion be granted.

5       DATED this 9th day of April, 2021.

6                      **GREENBERG TRAURIG, LLP**

7

8

9                      */s/Kara B. Hendricks*
                   MARK E. FERRARIO, ESQ.

10                      Nevada Bar No. 1625
                   KARA B. HENDRICKS, ESQ.

11                      Nevada Bar No. 7743
                   10845 Griffith Peak Drive, Suite 600

12                      Las Vegas, NV 89135

13                      DEBO P. ADEGBILE, ESQ.
                   (*Admitted Pro Hac Vice*)

14                      CHRISTOPHER SCOTT MCABEE, ESQ.
                   (*Admitted Pro Hac Vice*)

15                      ALAN E. SCHOENFELD, ESQ.
                   (*Admitted Pro Hac Vice*)

16                      **WILMER CUTLER PICKERING HALE AND DORR LLP**

17                      7 World Trade Center
                   250 Greenwich Street

18                      New York, New York 10007

19

20                      *Attorneys for Defendants Democracy Prep Public Schools, Democracy Prep Public Schools, Inc., Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall*

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2021, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

_/s/ Andrea Flintz_
an employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002