MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Tel:   (702) 792-3773
Fax:  (702) 792-9002
Email: ferrariom@gtlaw.com
         hendricksk@gtlaw.com

DEBO P. ADEGBILE, ESQ.
(*Admitted Pro Hac Vice*)
CHRISTOPHER SCOTT MCABEE, ESQ.
(*Admitted Pro Hac Vice*)
ALAN E. SCHOENFELD, ESQ.
(*Admitted Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel:   (212) 295-6717
Fax:  (212) 230-8888
Email: debo.adegbile@wilmerhale.com
         Scott.McAbee@wilmerhale.com

*Attorneys for Defendants Democracy Prep Public Schools, Democracy Prep Public Schools, Inc., Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIELLE CLARK, individually and as parent and guardian of WILLIAM CLARK, and WILLIAM CLARK, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE PUBLIC CHARTER SCHOOL AUTHORITY, DEMOCRACY PREP PUBLIC SCHOOLS, DEMOCRACY PREP PUBLIC SCHOOLS, INC., DEMOCRACY PREP at the AGASSI CAMPUS, DEMOCRACY PREP NEVADA LLC, SCHOOL BOARD of Democracy Prep at the Agassi Campus, NATASHA TRIVERS, | CASE NO.: 2:20-cv-02324-APG-VCF <br><br> **STIPULATION TO VACATE PRELIMINARY INJUNCTION HEARING** |

1

individually and in her official capacity as Superintendent and CEO, ADAM JOHNSON, individually and in his official capacity as Executive Director and Principal, KATHRYN BASS, individually and in her capacity as Teacher, JOSEPH MORGAN, individually and in his official capacity as Board Chair, KIMBERLY WALL, individually and in her capacity as assistant superintendent, and John & Jane Does 1-20,

Defendants.

Plaintiffs Gabrielle Clark and William Clark, by and through their counsel of record MARQUIS AURBACH COFFING, and Defendants Democracy Prep Public Schools, Democracy Prep Public Schools, Inc., Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall (the "Democracy Prep Defendants"), by and through their counsel, GREENBERG TRAURIG, LLP, and WILMER CUTLER PICKERING HALE AND DORR LLP, hereby request that the Court vacate the upcoming preliminary injunction hearing.

The parties state as follows:

1. On April 9, 2021, Defendants notified Plaintiffs and the Court that "Defendants have expunged William Clark's first and second trimester Sociology of Change grades and updated his transcript to reflect the same." ECF 93 & ECF 93-1 (Ltr. From A. Johnson to W. Clark). "Defendants have also excused William from completing the Sociology of Change course as a graduation requirement, such that he will remain on track to graduate in May 2021 with the rest of his senior cohort so long as he otherwise remains in good academic standing and fulfills all other graduation requirements." ECF 93 & ECF 93-1 (Ltr. From A. Johnson to W. Clark).

2. In light of this intervening development, the parties stipulate that Defendants have provided Plaintiff William Clark with the preliminary injunctive relief he seeks.

3. Accordingly, the parties stipulate that the status conference and preliminary injunction hearing scheduled for April 12 and 14, 2021 be vacated.

4. The parties further stipulate that all pending discovery obligations directed toward the hearing, including depositions, be vacated.

5. The parties further stipulate that the pending motion for a preliminary injunction is withdrawn.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2021.

| **GREENBERG TRAURIG, LLP** | **MARQUIS AURBACH COFFING** |
|---|---|
| */s/Kara B. Hendricks*<br>MARK E. FERRARIO, ESQ.<br>Nevada Bar No. 1625<br>KARA B. HENDRICKS, ESQ.<br>Nevada Bar No. 7743<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br><br>DEBO P. ADEGBILE, ESQ.<br>(*Admitted Pro Hac Vice*)<br>CHRISTOPHER SCOTT MCABEE, ESQ.<br>(*Admitted Pro Hac Vice*)<br>ALAN E. SCHOENFELD, ESQ.<br>(*Admitted Pro Hac Vice*)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br><br>*Attorneys for Defendants Democracy Prep Public Schools, Democracy Prep Public Schools, Inc., Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, and Kimberly Wall* | */s/Susan E. Gillespie*<br>BRIAN R. HARDY, ESQ.<br>Nevada Bar No. 10068<br>SUSAN E. GILLESPIE, ESQ.<br>Nevada Bar No. 15227<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Plaintiffs*<br><br>**STATE PUBLIC CHARTER SCHOOL AUTHORITY**<br><br>*/s/Ryan W. Herrick*<br>RYAN W. HERRICK, ESQ.<br>Nevada Bar No. 7380<br>1749 North Stewart St Ste 40<br>Carson City, NV 89706<br><br>*Attorney for State Public Charter School Authority* |

## **ORDER**

In consideration of the stipulation by the parties, and with cause appearing:

IT IS HEREBY ORDERED that any hearings currently scheduled shall be vacated;

IT IS HEREBY ORDERED that any pending discovery deadlines directed toward the hearing shall be vacated;

IT IS FURTHER ORDERED that the pending motion for a preliminary injunction is withdrawn.

IT IS SO ORDERED.

DATED this <u>12th</u> day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE