**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
sgillespie@maclaw.com

Jonathan O'Brien, NYB No. 5043369
(Admitted Pro Hac Vice)
Law Office of Jonathan O'Brien
Telephone: (646) 308-1689
43 W. 43rd St, Suite 002
New York, NY 10036
Jobrien@burnsobrienlaw.com

Attorneys for Plaintiffs Gabrielle Clark and William Clark

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK, individually and as parent and guardian of WILLIAM CLARK and WILLIAM CLARK, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE PUBLIC CHARTER SCHOOL AUTHORITY, DEMOCRACY PREP PUBLIC SCHOOLS, DEMOCRACY PREP PUBLIC SCHOOLS, INC., DEMOCRACY PREP at the AGASSI CAMPUS, DEMOCRACY PREP NEVADA LLC, SCHOOL BOARD of Democracy Prep at the Agassi Campus, NATASHA TRIVERS individually and in her official capacity as Superintendent and CEO, ADAM JOHNSON, individually and in his official capacity as Executive Director and Principal, KATHRYN BASS individually and in her capacity as Teacher, JOSEPH MORGAN, individually and in his official capacity as Board Chair, KIMBERLY WALL individually and in her capacity as assistant superintendent, and John & Jane Does 1-20, <br><br> Defendants. | Case Number: <br> 2:20-CV-02324-RFB-VCF <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

MAC:16325-001 4329922_1 4/12/2021 10:33 AM

## NOTICE OF WITHDRAWAL OF COUNSEL

NOTICE IS HEREBY GIVEN to the Court and all counsel that Jonathan O'Brien, Esq. of the Law Office of Jonathan O'Brien is voluntarily withdrawing from this matter and requests that he be removed from the CM/ECF service list and no longer receives notices or otherwise have affirmative obligations in this matter. The law firm of Marquis Aurbach Coffing will continue to serve as counsel for Plaintiffs in the above-entitled matter.

I hereby accept this withdrawal.

Dated this 9th day of April, 2021.                Dated this 9th day of April, 2021.

By: *signature*                                    By: *signature*
Gabrielle Clark                                    William Clark
Plaintiff                                          Plaintiff

Dated this 9th day of April, 2021.

By *signature*
Jonathan O'Brien, NYB No. 5043369
(Pro Hac Vice)
Law Office of Jonathan O'Brien
43 W. 43rd St, Suite 002
New York, NY 10036

Submitted by:

By:_____
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney(s) for Plaintiffs Gabrielle Clark and William Clark*

**NOTICE OF WITHDRAWAL OF COUNSEL**

NOTICE IS HEREBY GIVEN to the Court and all counsel that Jonathan O'Brien, Esq. of the Law Office of Jonathan O'Brien is voluntarily withdrawing from this matter and requests that he be removed from the CM/ECF service list and no longer receives notices or otherwise have affirmative obligations in this matter. The law firm of Marquis Aurbach Coffing will continue to serve as counsel for Plaintiffs in the above-entitled matter.

I hereby accept this withdrawal.

Dated this 9th day of April, 2021.                    Dated this 9th day of April, 2021.

By: _____          By: _____
    Gabrielle Clark                                             William Clark
    Plaintiff                                                        Plaintiff

Dated this 9th day of April, 2021.

By _____
    Jonathan O'Brien, NYB No. 5043369
    (Pro Hac Vice)
    Law Office of Jonathan O'Brien
    43 W. 43rd St, Suite 002
    New York, NY 10036

Submitted by:

By: _[signature]_____
    Brian R. Hardy, Esq.
    Nevada Bar No. 10068
    Susan E. Gillespie, Esq.
    Nevada Bar No. 15227
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorney(s) for Plaintiffs Gabrielle Clark and William Clark*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 12th day of April, 2021.

GREENBERG TRAURIG, LLP
MARK E. FERRARIO, ESQ.
KARA B. HENDRICKS, ESQ.
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
ferrariom@gtlaw.com
hendricksk@gtlaw.com

WILMER CUTLER PICKERING HALE AND DORR LLP
DEBO P. ADEGBILE, ESQ. (Admitted Pro Hac Vice)
CHRISTOPHER SCOTT MCABEE, ESQ. (Admitted Pro Hac Vice)
7 World Trade Center
250 Greenwich Street
New York, NV 10007
Debo.adegbile@wilmerhale.com
Scott.McAbee@wilmerhale.com

*Attorneys for Defendants Democracy Prep Public Schools, Democracy Prep Pubic Schools, Inc., Democracy Prep at The Agassi Campus, Democracy Prep Nevada LLC, School Board of Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan, PhD, And Kimberly Wall*

OFFICE OF THE ATTORNEY GENERAL
AARON D. FORD
GREGORY D. OTT
100 N. Carson St.
Carson City, NV 89701
gott@ag.nv.gov

RYAN W. HERRICK
State Public Charter School Authority
1749 N. Stewart St. Ste 40
Carson City, NV 89706
rherrick@spcsa.nv.gov
*Attorneys for the State of Nevada ex rel. the State Public Charter School Authority*

/s/ Michelle Monkarsh
an employee of Marquis Aurbach Coffing