UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK and WILLIAM CLARK<br><br>Plaintiffs<br><br>v.<br><br>STATE PUBLIC CHARTER SCHOOL AUTHORITY, et al.,<br><br>Defendants | Case No.: 2:20-cv-02324-APG-VCF<br><br>**Order Granting Motion to Seal**<br><br>[ECF No. 94] |

The defendants move to seal an exhibit they filed in support of their notice of intervening development. ECF No. 94.  The exhibit is filed under seal as ECF No. 95.  It contains confidential and sensitive personal information about plaintiff William Clark, who is a student. The defendants' request to seal this information satisfies the factors set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

I THEREFORE GRANT the defendants' motion to seal (ECF No. 94).  The documents filed at court docket number 95 shall remain sealed.

DATED this 12th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE