1 | MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
2 | KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
3 | **GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
4 | Las Vegas, Nevada 89135
Tel:    (702) 792-3773
5 | Fax:    (702) 792-9002
Email: ferrariom@gtlaw.com
6 |        hendricksk@gtlaw.com

7 | DEBO P. ADEGBILE, ESQ.
(*Admitted Pro Hac Vice*)
8 | CHRISTOPHER SCOTT MCABEE, ESQ.
(*Admitted Pro Hac Vice*)
9 | ALAN E. SCHOENFELD, ESQ.
(*Admitted Pro Hac Vice*)
10 | **WILMER CUTLER PICKERING HALE AND DORR LLP**
11 | 7 World Trade Center
250 Greenwich Street
New York, New York 10007
12 | Tel:    (212) 295-6717
Fax:    (212) 230-8888
13 | Email: debo.adegbile@wilmerhale.com
        Scott.McAbee@wilmerhale.com
14 |

*Attorneys for Defendants Democracy Prep Public Schools,*
15 | *Democracy Prep Public Schools, Inc., Democracy Prep at*
*the Agassi Campus, Democracy Prep Nevada LLC, School*
16 | *Board of Democracy Prep at the Agassi Campus, Natasha*
*Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan,*
17 | *PhD, and Kimberly Wall*

18 |

19 | **UNITED STATES DISTRICT COURT**

20 | **DISTRICT OF NEVADA**

21 | GABRIELLE CLARK, individually and as parent | CASE NO.: 2:20-cv-02324-APG-VCF
and guardian of WILLIAM CLARK, and
22 | WILLIAM CLARK, individually,

23 |                  Plaintiffs,

24 | vs. | **STIPULATION TO SCHEDULE**
**AMENDMENT AND ANSWER**
25 | STATE PUBLIC CHARTER SCHOOL
AUTHORITY, DEMOCRACY PREP PUBLIC
26 | SCHOOLS, DEMOCRACY PREP PUBLIC
SCHOOLS, INC., DEMOCRACY PREP at the
27 | AGASSI CAMPUS, DEMOCRACY PREP
NEVADA LLC, SCHOOL BOARD of Democracy
28 | Prep at the Agassi Campus, NATASHA TRIVERS,

*Sidebar (left margin):* GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  individually and in her official capacity as
   Superintendent and CEO, ADAM JOHNSON,
2  individually and in his official capacity as Executive
   Director and Principal, KATHRYN BASS,
3  individually and in her capacity as Teacher,
   JOSEPH MORGAN, individually and in his official
4  capacity as Board Chair, KIMBERLY WALL,
   individually and in her capacity as assistant
5  superintendent, and John & Jane Does 1-20,

6                         Defendants.

7

8          Plaintiffs Gabrielle Clark and William Clark, by and through their counsel of record, MARQUIS

9  AURBACH COFFING, and Defendants Democracy Prep Public Schools, Democracy Prep Public

10 Schools, Inc., Democracy Prep at the Agassi Campus, Democracy Prep Nevada LLC, School Board of

11 Democracy Prep at the Agassi Campus, Natasha Trivers, Adam Johnson, Kathryn Bass, Joseph Morgan,

12 PhD, and Kimberly Wall (the "Democracy Prep Defendants"), by and through their counsel,

13 GREENBERG TRAURIG, LLP, and WILMER CUTLER PICKERING HALE AND DORR LLP,

14 hereby request that the Court enter the following stipulation and schedule.

15         1.      On April 9, 2021, the parties stipulated that the motion for preliminary injunction be

16 withdrawn.  On April 12, 2021, the Court agreed and vacated the preliminary injunction hearing.  [ECF

17 No. 99]

18         2.      Defendants consent to Plaintiffs amending their complaint, and the parties agree to the

19 following schedule:

20              a.      Plaintiffs will file an amended complaint, if any, by **May 3, 2021.**

21              b.      Defendants will file an answer or motion to dismiss by **June 3, 2021.**

22              c.      Plaintiffs will file a response, if any, by **July 2, 2021.**

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

2

1    d.      Defendants will file a reply, if any, by **July 30, 2021.**

2    **IT IS SO STIPULATED.**

3    DATED this 14th day of April, 2021.

4    **GREENBERG TRAURIG, LLP**                    **MARQUIS AURBACH COFFING**

5

6    _____/s/Kara B. Hendricks_____               _____/s/Brian R. Hardy_____
     MARK E. FERRARIO, ESQ.                       BRIAN R. HARDY, ESQ.
     Nevada Bar No. 1625                          Nevada Bar No. 10068
7    KARA B. HENDRICKS, ESQ.                      SUSAN E. GILLESPIE, ESQ.
     Nevada Bar No. 7743                          Nevada Bar No. 15227
8    10845 Griffith Peak Drive, Suite 600         10001 Park Run Drive
     Las Vegas, Nevada 89135                      Las Vegas, Nevada 89145
9                                                 *Attorneys for Plaintiffs*

10   DEBO P. ADEGBILE, ESQ.
     (*Admitted Pro Hac Vice*)
11   CHRISTOPHER SCOTT MCABEE, ESQ.               **STATE PUBLIC CHARTER SCHOOL**
     (*Admitted Pro Hac Vice*)                    **AUTHORITY**
     ALAN E. SCHOENFELD, ESQ.
12   (*Admitted Pro Hac Vice*)
     **WILMER CUTLER PICKERING HALE**             _____/s/Ryan W. Herrick_____
13   **AND DORR LLP**                             RYAN W. HERRICK, ESQ.
     7 World Trade Center                         Nevada Bar No. 7380
14   250 Greenwich Street                         1749 North Stewart St Ste 40
     New York, New York 10007                     Carson City, Nevada 89706
15   *Attorneys for Defendants Democracy Prep Public*   *Attorney for State Public Charter School*
     *Schools, Democracy Prep Public Schools, Inc.,*    *Authority*
16   *Democracy Prep at the Agassi Campus,*
     *Democracy Prep Nevada LLC, School Board of*
17   *Democracy Prep at the Agassi Campus, Natasha*
     *Trivers, Adam Johnson, Kathryn Bass, Joseph*
18   *Morgan, PhD, and Kimberly Wall*

19

20                              **ORDER**

21   In consideration of the stipulation by the parties, and with cause appearing,

22   IT IS HEREBY ORDERED that Plaintiffs will file an amended complaint, if any, by May 3,

23   2021. Defendants will file an answer or motion to dismiss by June 3, 2021. Plaintiffs will file a response,

24   if any, by July 2, 2021. Defendants will file a reply, if any, by July 30, 2021.

25   IT IS SO ORDERED.

26   DATED this 15th day of April, 2021.

27                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE

28

*GREENBERG TRAURIG, LLP*
*10845 Griffith Peak Drive, Suite 600*
*Las Vegas, Nevada 89135*
*Telephone: (702) 792-3773*
*Facsimile: (702) 792-9002*