1  ALAN J. LEFEBVRE, ESQ.
   Nevada Bar No. 000848
2  WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 011271
3  **LITIGATOR LAW**
   11830 Tevare Lane #1062
4  Las Vegas, Nevada 89138
   Telephone: (702) 840-6982
5  Facsimile: (702) 224-2135
   E-Mail:  alefebvre@litigatorlaw.com
6           wschuller@litigatorlaw.com

7  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| GABRIELLE CLARK; and WILLIAM CLARK,<br><br>Plaintiffs,<br><br>vs.<br><br>DEMOCRACY PREP PUBLIC SCHOOLS, Inc.; and DEMOCRACY PREP NEVADA LLC; and DEMOCRACY PREP AGASSI CAMPUS; and NATASHA TRIVERS, in her capacity as CEO of Democracy Prep Public Schools, Inc.; and KIMBERLY WALL, in her capacity as assistant superintendent of Democracy Prep Public Schools, Inc.; and ADAM JOHNSON, in his capacity as executive director of Democracy Prep Agassi Campus; and KATHRYN BASS, in her capacity as a teacher at Democracy Prep Agassi Campus; and JOSEPH MORGAN, in his capacity as president of Democracy Prep Agassi Campus; and REBECCA FEINEN, in her capacity as the Executive Director of the State Public Charter School Authority; and MELISSA MACKEDON (chair), RANDY KIRNER (vice chair), SHELIA MOULTON, SAMI RANDOLPH, MALLORY CYR, TONIA HOLMES-SUTTON, DON SOIFER, TAMIKA SHAUNTEE ROSALES, LEE FARRIS, in their capacities as members of the State Public Charter School Authority<br><br>Defendants. | CASE NO. 2:20-cv-02324-APG-VCF<br><br>**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR OPPOSITION TO DEMOCRACY PREP DEFENDANTS' MOTION TO DISMISS** |

1  Plaintiffs Gabrielle Clark and William Clark ("Plaintiffs") hereby move to exceed the twenty-four (24)-page limit set by LR 7-3(b) by ten (10) additional pages (for a total of thirty-four (34) pages) for their opposition to the Democracy Prep Defendants' Motion to Dismiss [ECF No. 114] ("Motion to Dismiss"), which is due on July 2, 2021.

Good cause exists to exceed the page limit because Plaintiffs cannot adequately or fully respond to the Motion to Dismiss, which is 30 pages and concerns twelve (12) separate causes of action, without exceeding the page limit set forth in LR 7-3(b). Good cause is present because this matter involves complex issues involving constitutional and statutory law and predicate issues of mootness and governmental immunity. Finally, this Court previously granted the Democracy Prep Defendants' Motion to Exceed Page Limit for Their Motion to Dismiss [ECF No. 107]. *See* Minute Order in Chambers [ECF No. 109]. Counsel for Democracy Prep Defendants has consented to Plaintiffs' request to exceed as well.

Accordingly, for the foregoing reasons, Plaintiffs respectfully request that the Court grant permission for Plaintiffs to exceed the page limit for their opposition to the Motion to Dismiss.

DATED this 25th day of June, 2021.

**LITIGATOR LAW**

By /s/ William D. Schuller, Esq.
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
11830 Tevare Lane #1062
Las Vegas, Nevada 89138

Attorneys for Plaintiffs

IT IS SO ORDERED:

Dated: June 28, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE