MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
        hendricksk@gtlaw.com

*Attorneys for Democracy Prep Public Schools, Inc.,*
*Democracy Prep Nevada LLC, Democracy Prep Agassi*
*Campus, Natasha Trivers, Kimberly Wall, Adam Johnson,*
*Kathryn Bass, and Joseph Morgan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK; and WILLIAM CLARK, <br><br> Plaintiffs, <br><br> vs. <br><br> DEMOCRACY PREP PUBLIC SCHOOLS, Inc.; and DEMOCRACY PREP NEVADA LLC; and DEMOCRACY PREP AGASSI CAMPUS; and NATASHA TRIVERS, in her capacity as CEO of Democracy Prep Public Schools, Inc.; and KIMBERLY WALL, in her capacity as assistant superintendent of Democracy Prep Public Schools, Inc.; and ADAM JOHNSON, in his capacity as executive director of Democracy Prep Agassi Campus; and KATHRYN BASS, in her capacity as a teacher at Democracy Prep Agassi Campus; and JOSEPH MORGAN, in his capacity as president of Democracy Prep Agassi Campus; and REBECCA FEINEN, in her capacity as the Executive Director of the State Public Charter School Authority; and MELISSA MACKEDON (chair), RANDY KIRNER (vice chair), SHELIA MOULTON, SAMI RANDOLPH, MALLORY CYR, TONIA HOLMES-SUTTON, DON SOIFER, TAMIKA SHAUNTEE ROSALES, LEE FARRIS, in their capacities as members of the State Public Charter School Authority, <br><br> Defendants. | CASE NO.: 2:20-cv-02324-APG-VCF <br><br><br><br> **DEMOCRACY PREP DEFENDANTS' MOTION TO EXCEED PAGE LIMITS FOR THEIR REPLY BRIEF** |

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1       Democracy Prep Public Schools, Inc., Democracy Prep Nevada LLC, Democracy Prep Agassi

2 Campus, Natasha Trivers, Kimberly Wall, Adam Johnson, Kathryn Bass, and Joseph Morgan

3 ("Defendants") by and through their attorneys of record, the law firm of GREENBERG TRAURIG,

4 LLP, hereby move to exceed the 12-page limit set by Local Rule 7-3(b) by 3 additional pages (for a

5 total of fifteen (15) pages) for reply brief for the Motion to Dismiss, which is due on July 30, 2021.

6       Good cause exists to exceed the page limits because Defendants cannot adequately or fully

7 respond to Plaintiffs' 12 separate causes of action in Plaintiffs' First Amended Complaint and the 28-

8 page opposition brief without exceeding the page limits set forth in Local Rule 7-3(b).  In addition,

9 there is good cause because the Court has enlarged the page limit for the opening and response briefs.

10 Moreover, the reply will be submitted on behalf of eight different Defendants: three corporate

11 defendants and five individual defendants, and there are distinct arguments for each group.  Finally,

12 good cause is present because this matter involves complex issues involving constitutional law and

13 government immunities.  Plaintiffs consent to this request.

14       Accordingly, for the foregoing reasons, it is respectfully requested that Defendants' motion be

15 granted and they be permitted to file a reply brief not to exceed 15 pages.

16       DATED this 16th day of July, 2021.

17                                **GREENBERG TRAURIG, LLP**

18                                */s/ Kara B. Hendricks*

19                                MARK E. FERRARIO, ESQ.
                               Nevada Bar No. 1625

20                                KARA B. HENDRICKS, ESQ.
                               Nevada Bar No. 7743

21                                10845 Griffith Peak Drive, Suite 600
                               Las Vegas, NV 89135

22

23                                *Attorneys for Democracy Prep Public Schools, Inc.,*
                               *Democracy Prep Nevada LLC, Democracy Prep*

24                                *Agassi Campus, Natasha Trivers, Kimberly Wall,*
                               *Adam Johnson, Kathryn Bass, and Joseph Morgan*

25

26 IT IS SO ORDERED:

27 Dated:___July 16, 2021_____

28

                             _____
      2   ANDREW P. GORDON
          UNITED STATES DISTRICT JUDGE

*ActiveUS 189080255*