# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE CLARK and WILLIAM CLARK,<br><br>Plaintiffs<br><br>v.<br><br>STATE PUBLIC CHARTER SCHOOL AUTHORITY, et al.,<br><br>Defendants | Case No.: 2:20-cv-02324-APG-VCF<br><br>**Order Granting Unopposed Motions**<br><br>[ECF Nos. 120, 133] |

I ORDER that the plaintiffs' unopposed motions for leave to file supplemental authority **(ECF Nos. 120, 133) are GRANTED**.

DATED this 1st day of October, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE