GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIELLE CLARK, individually and as parent and guardian of WILLIAM CLARK, and WILLIAM CLARK, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> DEMOCRACY PREP PUBLIC SCHOOLS, Inc.; and DEMOCRACY PREP NEVADA LLC; and DEMOCRACY PREP AGASSI CAMPUS; and NATASHA TRIVERS, in her capacity as CEO of Democracy Prep Public Schools, Inc.; and KIMBERLY WALL, in her capacity as assistant superintendent of Democracy Prep Public Schools, Inc.; and ADAM JOHNSON, in his capacity as executive director of Democracy Prep Agassi Campus; | CASE NO.: 2:20-cv-02324-APG-VCF <br><br> **ORDER APPROVING TO DISMISS WITH PREJUDICE** |

1

ACTIVE 683316864v3

1  and KATHRYN BASS, in her capacity as a teacher at Democracy Prep Agassi Campus; and JOSEPH MORGAN, in his capacity as president of Democracy Prep Agassi Campus; and REBECCA FEINEN, in her capacity as the Executive Director of the State Public Charter School Authority; and MELISSA MACKEDON (chair), RANDY KIRNER (vice chair), SHELIA MOULTON, SAMI RANDOLPH, MALLORY CYR, TONIA HOLMESSUTTON, DON SOIFER, TAMIKA SHAUNTEE ROSALES, LEE FARRIS, in their capacities as members of the State Public Charter School Authority,

Defendants.

It is hereby STIPULATED AND AGREED between Plaintiffs GABRIELLE CLARK, individually and as parent and guardian of WILLIAM CLARK; WILLIAM CLARK, individually, and Defendants DEMOCRACY PREP PUBLIC SCHOOLS, Inc.; and DEMOCRACY PREP NEVADA LLC; and DEMOCRACY PREP AGASSI CAMPUS; and NATASHA TRIVERS, in her capacity as CEO of Democracy Prep Public Schools, Inc.; and KIMBERLY WALL, in her capacity as assistant superintendent of Democracy Prep Public Schools, Inc.; and ADAM JOHNSON, in his capacity as executive director of Democracy Prep Agassi Campus; and KATHRYN BASS, in her capacity as a teacher at Democracy Prep Agassi Campus; and JOSEPH MORGAN, in his capacity as president of Democracy Prep Agassi Campus (collectively Democracy Prep Defendants); and Defendants REBECCA FEIDEN, in her capacity as the Executive Director of the State Public Charter School Authority; and MELISSA MACKEDON (chair), RANDY KIRNER (vice chair), SHELIA MOULTON, SAMI RANDOLPH, MALLORY CYR, TONIA HOLMESSUTTON, DON SOIFER, TAMIKA SHAUNTEE ROSALES, LEE FARRIS, in their capacities as members of the State Public Charter

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

ACTIVE 683316864v3

1  School Authority ("SPCSA Defendants") by and through their counsel of record that, in accordance with
2  Fed.R.Civ.P. 41(a)(2), all claims asserted against Defendants herein are dismissed with prejudice with
3  each party to bear their own fees and costs.
4  **IT IS SO STIPULATED.**
5  DATED this 14th day of November, 2022.                     DATED this 14th day of November, 2022.

**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks                                        /s/ Ryan W. Herrick

MARK E. FERRARIO, ESQ.                                       AARON D. FORD
Nevada Bar No. 01625                                         Attorney General
KARA B. HENDRICKS, ESQ.                                      GREGORY D. OTT (Bar No. 10950)
Nevada Bar No. 07743                                         Chief Deputy Attorney General
10845 Griffith Peak Drive, Suite 600                         LAENA ST-JULES (Bar No. 15156)
Las Vegas, Nevada  89135                                     Deputy Attorney General
                                                             100 N. Carson Street
DEBO P. ADEGBILE, ESQ.*                                      Carson City, Nevada  89701
ALAN E. SCHOENFELD, ESQ.*
*Admitted Pro Hac Vice                                       RYAN W. HERRICK (Bar No. 7380)
**WILMER CUTLER PICKERING HALE**                             General Counsel
**AND DORR LLP**                                             **STATE PUBLIC CHARTER SCHOOL**
7 World Trade Center                                         **AUTHORITY**
250 Greenwich Street                                         1749 N. Stewart Street, Suite 40
New York, New York  10007                                    Carson City, Nevada  89706
                                                             Telephone:  (775) 687-9159
*Attorneys for the Democracy Prep Defendants*                Facsimile:   (775) 687-9113

                                                             *Attorneys for the SPCSA Defendants*

DATED this 14th day of November, 2022.

**CLARK HILL PLLC**

/s/ William D. Schuller

WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada  89169

*Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

## ORDER

Based on the foregoing stipulation and in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against Defendants herein are dismissed with prejudice with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2022.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002